IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ELVIN WORTHEY | § | |
| VS. | § | CIVIL ACTION NO. 1:20cv366 |
| UNITED STATES OF AMERICA | § | |

<u>MEMORANDUM OPINION AND ORDER REGARDING VENUE</u>

Petitioner Elvin Worthey, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner challenges the way the Bureau of Prisons has calculated the service of a federal sentence.

<u>Discussion</u>

A petition filed pursuant to Section 2241 must be filed in the federal judicial district where the petitioner is incarcerated. Petitioner is incarcerated in Livingston, Texas, which is in Polk County, Texas. As Polk County is located in the Eastern District of Texas, venue is proper in this court.

However, while Polk County is located within the Eastern District of Texas, it is in the Lufkin Division, rather than the Beaumont Division. As a result, this case should be transferred to the Lufkin Division of this court.

<u>**ORDER**</u>

For the reasons set forth above, it is **ORDERED** that this petition for writ of habeas corpus is **TRANSFERRED** to the Lufkin Division of this court.

**SIGNED this the 2nd day of November, 2020.**

KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE